PHILLIP A. TALBERT
United States Attorney
ELLIOT C. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendants
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIAKA NUAH,<br><br>                Plaintiff,<br><br>   v.<br><br>USCIS, ET AL.,<br><br>                Defendant. | CASE NO. 2:23-CV-02032 DJC-CKD<br><br>STIPULATION AND ORDER FOR TEMPORARY ABEYANCE |

      The Defendants respectfully request to hold this case in temporary abeyance through April 2, 2024, and counsel for Plaintiffs does not oppose. This case concerns Plaintiff's form I-485 – applications for adjustment of status, which Plaintiff filed with U.S. Citizenship and Immigration Services ("USCIS") in April 2020. Counsel for Defendants is working with USCIS to take further action in this matter, which is expected to render this lawsuit moot.

STIPULATION AND PROPOSED ORDER
FOR TEMPORARY ABEYANCE

The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is April 2, 2024. The parties further request that all other filing deadlines be similarly extended.

Respectfully submitted,

Dated: January 16, 2024     PHILLIP A. TALBERT
United States Attorney

By: /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

/s/ RYAN ELDRED
RYAN ELDRED
Counsel for Plaintiff

ORDER

IT IS SO ORDERED.

Dated: January 16, 2023     /s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER
FOR TEMPORARY ABEYANCE